# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

John Thomas Entler,
_____
(Name of Plaintiff)

vs.

Christine Gregoire; Berny Warner;
Steven, Sinclair; Ron Knight; and
Lynn/Irish Clark,
_____

(Names of ALL Defendants)

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983 & COMPLAINT
FOR CRIMINAL PROFITEERING
ACTIVITY UNDER RCW 9A.82
.100(1)(a).

## CV-12-5141-JPH

I.    **Previous Lawsuits**

A.  Have you brought any other lawsuits in any federal court in the United States while a
prisoner?    ☒ YES    ☐ NO

B.  If your answer to A is yes, how many? _____ Describe the lawsuit in the space
below.  (If there is more than one lawsuit, describe the additional lawsuits on another
piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: See Exhibit A _____

Defendants: See Exhibit A _____

_____

_____

RECEIVED
OCT 2 9 2012
CLERK U.S. DISTRICT COURT
SPOKANE, WASHINGTON

-1-

(Rev. 11/09)

1

2. Court (give name of District): See Exhibit A

3. Docket Number: See Exhibit A

4. Name of judge to whom case was assigned: See Exhibit A

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is still pending?):

See Exhibit A.

6. Approximate date of filing lawsuit: See Exhibit A

7. Approximate date of disposition: See Exhibit A

II.     **Place of Present Confinement:** WSP. 1313. N. 13th Ave., Walla Walla, Wa 99362.

A. Is there a prisoner grievance procedure available at this institution? ☒ YES     ☐ NO

B. Have you filed any grievances concerning the facts relating to this complaint?
☐ YES     ☒ NO
If your answer is NO, explain why not: Infractions are not cogniz-able under the Grievance Process.

C. Is the grievance process completed?     ☐ YES     ☒ NO

D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint?     ☒ YES     ☐ NO
If your answer is ~~NO~~ YES, explain why not: I exhausted the Infraction Appeal Process.

III.    **Parties to this Complaint**

A. Name of Plaintiff: John Thomas Entler     Inmate No.: 964471
Washington State Penitentiary
Address: 1313 N. 13th Ave., Walla Walla, Washington, 99362.

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use Item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: Christine Gregoire     Official Position: Governor

Place of Employment: P.O. Box 40002, Olympia, Wa. 98504

-2-

2

C.  Additional Defendants (NOTE: These Defendants must be listed in the caption of the Complaint.): Bery Warner, 7345 Linderson Way S.W., Tumwater, Wa. 98501 ; Steven Sinclair, Washington State Penitentiary Superentendent, 1313 N. 13th Ave, Walla Walla, Wa. 99362; Ron Knight, Washington State Penitentiary, 1313 N. 13th Ave, Walla walla, Wa. 99362; Lynn/Irish Clark, Unit manager, WSP, 1313 N. 13th Ave, Walla Walla, Wa. 99362; ~~Mr. Pierce~~ mr. Pierce, major Hearings officer, washington State Peniteniacry, 1313 N. 13th Ave., Walla Walla, Wa. 99362

**IV    Statement of Claim**

(State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved, including dates, places and other persons involved.  <u>Do not give any legal arguments or cite any cases or statutes.</u>  If you allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.)

SEE EXHIBIT B COMPLAINT AFFIDAVIT AT PAGES 1-13 & PAGES 15-17.





V.    **Relief**

(State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.)

SEE EXHIBIT B COMPLAINT AFFIDAVIT AT PAGES

14-15 & PAGES 17

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___15th___ day of ___October___, 20_12_.

_____
                (Signature of Plaintiff)

-4-

4