UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN THOMAS ENTLER,<br><br>        Plaintiff,<br><br>   v.<br><br>CHRISTINE GREGOIRE, et al.,<br><br>        Defendants. | NO.  CV-12-5141-JPH<br><br>**JUDGMENT** |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

1. The Court **ADOPTS** the Report and Recommendation in its entirety.

2. Defendants' motion for judgment on the pleadings is **GRANTED**.

3. The Complaint is dismissed with prejudice.

                                              SEAN McAVOY
                                              District Court Executive/Clerk

                                              s/ L. Stejskal, Deputy Clerk

JUDGMENT- 1