FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN THOMAS ENTLER,<br><br>                Plaintiff,<br><br>  v.<br><br>STEVEN SINCLAIR,<br>RON KNIGHT,<br>LYNN/IRISH CLARK, and<br>MR. PIERCE,<br><br>                Defendants. | NO: 2:12-CR-5141-TOR<br><br>WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

TO: THE SUPERINTENDENT OF THE MONROE CORRECTIONAL COMPLEX; SUPERINTENDENT OF TWIN RIVERS UNIT; and SECRETARY OF THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS

GREETINGS

YOU ARE COMMANDED to deliver the body of JOHN THOMAS ENTLER (DOC # 964471), now in your custody, to appear before the Honorable Thomas O. Rice, Chief United States District Judge, in the Richland U.S. Courthouse & Federal Building, 825 Jadwin Avenue, Courtroom 189, Richland,

WRIT OF HABEAS CORPUS AD TESTIFICANDUM ~ 1

1   Washington, on **September 23, 2019, at 8:30 a.m.**, in order that the said Plaintiff

2   in the above-entitled case may then and there be present for trial, and also at such

3   other times as may be ordered by the said Court, until said trial fully concludes.

4   You are further commanded to retain custody of Plaintiff within the federal

5   courthouse and produce Plaintiff directly before the court each day of the

6   proceeding and house the Plaintiff for the duration of the proceeding. At the

7   conclusion of the trial, Plaintiff may be returned to your institution.

8   WITNESS the Honorable Thomas O. Rice, Chief United States District

9   Judge for the Eastern District of Washington.

10   Dated: September 11, 2019.



Thomas O. Rice
Chief United States District Judge

WRIT OF HABEAS CORPUS AD TESTIFICANDUM ~ 2