FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 5 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN THOMAS ENTLER,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SINCLAIR, RON KNIGHT, LYNN/IRISH CLARK and MR. PIERCE,<br><br>Defendants. | NO.  2:12-CV-5141-TOR<br><br>QUESTION/NOTE RECEIVED FROM JURY DURING DELIBERATIONS<br><br>Question No.:  1 |

YOUR HONOR:

REQUESTING CLARIFICATION OF WHICH SANCTION IS RELATED TO WHICH INFRACTION/ EXHIBIT

DATED September 25, 2019, at Richland, Washington.

TIME: 1055

Juror Number 1

QUESTION/NOTE RECEIVED FROM JURY DURING DELIBERATIONS ~ 1