ANSWER FROM JUDGE:

The infractions are in sequential order by date; Exhibit 1 relates to infraction and sanction 1, Exhibit 2 relates to infraction and sanction 2, Exhibit 3 relates to infraction and sanction 3, and Exhibit 4 relates to infraction and sanction 4. The heading of the Special Verdict Forms summarily indicates the sanction imposed, as well.

DATE: 9/25/2019

TIME: 11:10 a.m.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge