FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 25 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOHN THOMAS ENTLER,

    Plaintiff,

v.

STEVEN SINCLAIR, RON KNIGHT, LYNN/IRISH CLARK and MR. PIERCE,

    Defendants.

NO. 2:12-CV-5141-TOR

QUESTION/NOTE RECEIVED FROM JURY DURING DELIBERATIONS

Question No.: 2

YOUR HONOR:

REQUESTING CLARIFICATION ON "PROTECTED CONDUCT". WE THE JURY ARE ASSUMING THIS MEANS THE FIRST AMMENDMENT.

DATED September 25, 2019, at Richland, Washington.

TIME: 1135

Juror Number 7

QUESTION/NOTE RECEIVED FROM JURY DURING DELIBERATIONS ~ 1