1 | ANSWER FROM JUDGE:

2 |      Yes, the protected conduct at issue here is the First Amendment right to

3 | threaten to pursue legal remedies and file grievances.  Please refer to instructions

4 | 11 and 12.  You must follow all of the instructions and not single out some and

5 | ignore others; all the instructions are important.

6 | DATE: 9/25/2019

7 | TIME: 11:50 a.m.

8 |

9 | *s/ Thomas O. Rice*

10 | THOMAS O. RICE
United States District Judge

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

QUESTION RECEIVED FROM JUROR
DURING TRIAL PROCEEDINGS ~ 2