FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 5 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN THOMAS ENTLER, <br><br> Plaintiff, <br><br> v. <br><br> LYNN/IRISH CLARK and GARY PIERCE, <br><br> Defendants. | CASE NO. 2:12-CV-5141-TOR <br><br> SPECIAL VERDICT FORM <br><br> CLARK SANCTION NO. 1 <br> (15 Days Lost Big Yard/Gym Time) |

**Question No. 1:** Has **Mr. Entler** proved, by a preponderance of the evidence, that **Mr. Clark** wrote the infraction report for Sanction No. 1 because of Mr. Entler's protected conduct?

**Answer to Question No. 1:**    Yes _____    No _✓_

If YES, proceed to the next question. If NO, do not answer any remaining questions and sign the verdict form.

SPECIAL VERDICT FORM – CLARK SANCTION NO. 1 ~ 1

1   **Question No. 2:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that

2   **Mr. Clark** writing the infraction report for Sanction No. 1 would chill or silence a

3   person of ordinary firmness from future First Amendment activities?

4                              **Answer to Question No. 2:**    Yes _____    No _____

5

6         If YES, proceed to the next question.  If NO, do not answer any remaining

7         questions and sign the verdict form.

8

9

10

11

12

13   **Question No. 3:**  Has **Mr. Clark** proved, by a preponderance of the evidence, that

14   he would have written the infraction report for Sanction No. 1 even if Mr. Entler

15   did not engage in the protected conduct?

16                              **Answer to Question No. 3:**    Yes _____    No _____

17

18         If NO, proceed to the next question.  If YES, do not answer any remaining

19         questions and sign the verdict form.

20

SPECIAL VERDICT FORM – CLARK SANCTION NO. 1 ~ 2

**Question No. 4:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that **Mr. Clark** writing the infraction report for Sanction No. 1 did not reasonably advance a legitimate correction goal?

**Answer to Question No. 4:**    Yes _____    No _____

      If YES, proceed to the next question.  If NO, do not answer any remaining questions and sign the verdict form.

**Question No. 5:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that **Mr. Clark** writing the infraction report for Sanction No. 1 caused Mr. Entler actual damages?

**Answer to Question No. 5:**    Yes _____    No _____

      If YES, what sum of money do you find, based upon a preponderance of the evidence, to be the total amount of the actual damages <u>for this sanction</u>?

**Answer:**    $_____

Please sign and date the completed verdict form.

DATED: _____ 9/25 / 19 _____

PRESIDING JUROR: _____ 5 _____

SPECIAL VERDICT FORM – CLARK SANCTION NO. 1 ~ 3

1

2

3

4                     UNITED STATES DISTRICT COURT

5                     EASTERN DISTRICT OF WASHINGTON

6    JOHN THOMAS ENTLER,

7                          Plaintiff,

                                                CASE NO. 2:12-CV-5141-TOR
8         v.

                                                SPECIAL VERDICT FORM
9    LYNN/IRISH CLARK and GARY
     PIERCE,                                    CLARK SANCTION NO. 2
10                                              (5 Days Cell Confinement)
                         Defendants.

11

12

13   **Question No. 1:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that

14   **Mr. Clark** wrote the infraction report for Sanction No. 2 because of Mr. Entler's

15   protected conduct?

16                         **Answer to Question No. 1:**   Yes __√__   No ____

17

18        If YES, proceed to the next question.  If NO, do not answer any remaining

19   questions and sign the verdict form.

20

SPECIAL VERDICT FORM – CLARK SANCTION NO. 2  ~ 1

1    **Question No. 2:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that

2    **Mr. Clark** writing the infraction report for Sanction No. 2 would chill or silence a

3    person of ordinary firmness from future First Amendment activities?

4                            **Answer to Question No. 2:**    Yes _____    No ✓

5

6        If YES, proceed to Question No. 3.  If NO, do not answer any remaining

7        questions and sign the verdict form.

8

9

10

11

12

13    **Question No. 3:**  Has **Mr. Clark** proved, by a preponderance of the evidence, that

14    he would have written the infraction report for Sanction No. 2 even if Mr. Entler

15    did not engage in the protected conduct?

16                            **Answer to Question No. 3:**    Yes _____    No _____

17

18        If NO, proceed to the next question.  If YES, do not answer any remaining

19        questions and sign the verdict form.

20

SPECIAL VERDICT FORM – CLARK SANCTION NO. 2  ~ 2

**Question No. 4:** Has **Mr. Entler** proved, by a preponderance of the evidence, that **Mr. Clark** writing the infraction report for Sanction No. 2 did not reasonably advance a legitimate correction goal?

**Answer to Question No. 4:**    Yes _____    No _____

If YES, proceed to the next question.  If NO, do not answer any remaining questions and sign the verdict form.

**Question No. 5:** Has **Mr. Entler** proved, by a preponderance of the evidence, that **Mr. Clark** writing the infraction report for Sanction No. 2 caused Mr. Entler actual damages?

**Answer to Question No. 5:**    Yes _____    No _____

* For this Sanction, the amount of damages is requested on a separate "Joint and Several Liability Damages Special Verdict Form"

Please sign and date the completed verdict form.

DATED: _____9/25/18_____

PRESIDING JUROR: _____5_____

SPECIAL VERDICT FORM – CLARK SANCTION NO. 2  ~ 3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JOHN THOMAS ENTLER,

                    Plaintiff,

    v.

LYNN/IRISH CLARK and GARY
PIERCE,

                 Defendants.

CASE NO. 2:12-CV-5141-TOR

SPECIAL VERDICT FORM

CLARK SANCTION NO. 3
(Warning Not to Badger Staff)

**Question No. 1:** Has **Mr. Entler** proved, by a preponderance of the evidence, that **Mr. Clark** wrote the infraction report for Sanction No. 3 because of Mr. Entler's protected conduct?

                    **Answer to Question No. 1:**    Yes _____    No _X_

    If YES, proceed to the next question.  If NO, do not answer any remaining questions and sign the verdict form.

SPECIAL VERDICT FORM – CLARK SANCTION NO. 3 ~ 1

1 **Question No. 2:** Has **Mr. Entler** proved, by a preponderance of the evidence, that

2 **Mr. Clark** writing the infraction report for Sanction No. 3 would chill or silence a

3 person of ordinary firmness from future First Amendment activities?

4                                     **Answer to Question No. 2:**   Yes _____   No _____

5

6      If YES, proceed to the next question.  If NO, do not answer any remaining

7 questions and sign the verdict form.

8

9

10

11

12

13 **Question No. 3:** Has **Mr. Clark** proved, by a preponderance of the evidence, that

14 he would have written the infraction report for Sanction No. 3 even if Mr. Entler

15 did not engage in the protected conduct?

16                                       **Answer to Question No. 3:**   Yes _____   No _____

17

18      If NO, proceed to the next question.  If YES, do not answer any remaining

19 questions and sign the verdict form.

20

SPECIAL VERDICT FORM – CLARK SANCTION NO. 3 ~ 2

**Question No. 4:** Has **Mr. Entler** proved, by a preponderance of the evidence, that **Mr. Clark** writing the infraction report for Sanction No. 3 did not reasonably advance a legitimate correction goal?

**Answer to Question No. 4:**    Yes _____    No _____

    If YES, proceed to the next question.  If NO, do not answer any remaining questions and sign the verdict form.

**Question No. 5:** Has Mr. Entler proved, by a preponderance of the evidence, that **Mr. Clark** writing the infraction report for Sanction No. 3 caused Mr. Entler actual damages?

**Answer to Question No. 5:**    Yes _____    No _____

    * For this Sanction, the amount of damages is requested on a separate "Joint and Several Liability Damages Special Verdict Form"

    Please sign and date the completed verdict form.

DATED: _____ 9 / 25 / 19 _____

PRESIDING JUROR: _____ 5 _____

SPECIAL VERDICT FORM – CLARK SANCTION NO. 3 ~ 3

1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

6  JOHN THOMAS ENTLER,

7                      Plaintiff,

8      v.

9  LYNN/IRISH CLARK and GARY
   PIERCE,

10

11                     Defendants.

CASE NO. 2:12-CV-5141-TOR

SPECIAL VERDICT FORM

CLARK SANCTION NO. 4
(5 Days Cell Confinement)

12

13  **Question No. 1:** Has **Mr. Entler** proved, by a preponderance of the evidence, that

14  **Mr. Clark** wrote the infraction report for Sanction No. 4 because of Mr. Entler's

15  protected conduct?

16                  **Answer to Question No. 1:**   Yes _____   No _X_

17

18      If YES, proceed to the next question.  If NO, do not answer any remaining

19      questions and sign the verdict form.

20

SPECIAL VERDICT FORM – CLARK SANCTION NO. 4 ~ 1

1    **Question No. 2:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that

2    **Mr. Clark** writing the infraction report for Sanction No. 4 would chill or silence a

3    person of ordinary firmness from future First Amendment activities?

4                                   **Answer to Question No. 2:**    Yes _____    No _____

5

6         If YES, proceed to the next question.  If NO, do not answer any remaining

7         questions and sign the verdict form.

8

9

10

11

12

13    **Question No. 3:**  Has **Mr. Clark** proved, by a preponderance of the evidence, that

14    he would have written the infraction report for Sanction No. 4 even if Mr. Entler

15    did not engage in the protected conduct?

16                                   **Answer to Question No. 3:**    Yes _____    No _____

17

18         If NO, proceed to the next question.  If YES, do not answer any remaining

19         questions and sign the verdict form.

20

SPECIAL VERDICT FORM – CLARK SANCTION NO. 4 ~ 2

1    **Question No. 4:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that

2    **Mr. Clark** writing the infraction report for Sanction No. 4 did not reasonably

3    advance a legitimate correction goal?

4                                **Answer to Question No. 4:**   Yes _____    No _____

5

6         If YES, proceed to the next question.  If NO, do not answer any remaining

7         questions and sign the verdict form.

8

9

10   **Question No. 5:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that

11   **Mr. Clark** writing the infraction report for Sanction No. 4 caused Mr. Entler

12   actual damages?

13                                **Answer to Question No. 5:**   Yes _____    No _____

14

15         * For this Sanction, the amount of damages is requested on a separate "Joint

16         and Several Liability Damages Special Verdict Form"

17

18         Please sign and date the completed verdict form.

19                                DATED: _____ 9/25/19 _____

20                                PRESIDING JUROR: _____ 5 _____



SPECIAL VERDICT FORM – CLARK SANCTION NO. 4 ~ 3

1

2

3

4                    UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF WASHINGTON

6   JOHN THOMAS ENTLER,

7                          Plaintiff,

                                              CASE NO. 2:12-CV-5141-TOR
8         v.
                                              SPECIAL VERDICT FORM
9   LYNN/IRISH CLARK and GARY
    PIERCE,                                   PIERCE SANCTION NO. 2
10                                            (5 Days Cell Confinement)
                           Defendants.
11

12

13  **Question No. 1:** Has **Mr. Entler** proved, by a preponderance of the evidence, that

14  **Mr. Pierce** issued Sanction No. 2 because of Mr. Entler's protected conduct?

15                      **Answer to Question No. 1:**   Yes _X_   No ____

16

17       If YES, proceed to the next question.  If NO, do not answer any remaining

18   questions and sign the verdict form.

19

20

    SPECIAL VERDICT FORM – PIERCE SANCTION NO. 2 ~ 1

**Question No. 2:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that **Mr. Pierce** issuing Sanction No. 2 would chill or silence a person of ordinary firmness from future First Amendment activities?

**Answer to Question No. 2:**    Yes _____    No  X_____

If YES, proceed to the next question.  If NO, do not answer any remaining questions and sign the verdict form.

**Question No. 3:**  Has **Mr. Pierce** proved, by a preponderance of the evidence, that he would have issued Sanction No. 2 even if Mr. Entler did not engage in the protected conduct?

**Answer to Question No. 3:**    Yes _____    No _____

If NO, proceed to the next question.  If YES, do not answer any remaining questions and sign the verdict form.

SPECIAL VERDICT FORM – PIERCE SANCTION NO. 2 ~ 2

1    **Question No. 4:** Has **Mr. Entler** proved, by a preponderance of the evidence, that

2    **Mr. Pierce** issuing Sanction No. 2 did not reasonably advance a legitimate

3    correction goal?

4                        **Answer to Question No. 4:** Yes \_\_\_\_\_ No \_\_\_\_\_

5

6       If YES, proceed to the next question. If NO, do not answer any remaining

7       questions and sign the verdict form.

8

9

10    **Question No. 5:** Has **Mr. Entler** proved, by a preponderance of the evidence, that

11    **Mr. Pierce** issuing Sanction No. 2 caused Mr. Entler actual damages?

12                        **Answer to Question No. 5:** Yes \_\_\_\_\_ No \_\_\_\_\_

13

14       \* For this Sanction, the amount of damages is requested on a separate "Joint

15       and Several Liability Damages Special Verdict Form"

16

17    Please sign and date the completed verdict form.

18                  DATED: _9/25/19_

19                  PRESIDING JUROR: _5_

20

SPECIAL VERDICT FORM – PIERCE SANCTION NO. 2 ~ 3

1

2

3

4          UNITED STATES DISTRICT COURT

5          EASTERN DISTRICT OF WASHINGTON

6   JOHN THOMAS ENTLER,

7                      Plaintiff,

                                          CASE NO. 2:12-CV-5141-TOR
8        v.

                                          SPECIAL VERDICT FORM
9   LYNN/IRISH CLARK and GARY
    PIERCE,                               PIERCE SANCTION NO. 3
10                                         (Warning Not to Badger Staff)
                     Defendants.
11

12

13  **Question No. 1:** Has **Mr. Entler** proved, by a preponderance of the evidence, that

14  **Mr. Pierce** issued Sanction No. 3 because of Mr. Entler's protected conduct?

15                      **Answer to Question No. 1:**    Yes _____    No _✗_

16

17       If YES, proceed to the next question.  If NO, do not answer any remaining

18       questions and sign the verdict form.

19

20

SPECIAL VERDICT FORM – PIERCE SANCTION NO. 3 ~ 1

1    **Question No. 2:** Has **Mr. Entler** proved, by a preponderance of the evidence, that

2    **Mr. Pierce** issuing Sanction No. 3 would chill or silence a person of ordinary

3    firmness from future First Amendment activities?

4                              **Answer to Question No. 2:**    Yes _____    No _____

5

6            If YES, proceed to the next question.  If NO, do not answer any remaining

7        questions and sign the verdict form.

8

9

10

11

12

13   **Question No. 3:** Has **Mr. Pierce** proved, by a preponderance of the evidence, that

14   he would have issued Sanction No. 3 even if Mr. Entler did not engage in the

15   protected conduct?

16                              **Answer to Question No. 3:**    Yes _____    No _____

17

18           If NO, proceed to the next question.  If YES, do not answer any remaining

19       questions and sign the verdict form.

20

SPECIAL VERDICT FORM – PIERCE SANCTION NO. 3 ~ 2

1  **Question No. 4:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that

2  **Mr. Pierce** issuing Sanction No. 3 did not reasonably advance a legitimate

3  correction goal?

4              **Answer to Question No. 4:**    Yes _____    No _____

5

6      If YES, proceed to the next question.  If NO, do not answer any remaining

7      questions and sign the verdict form.

8

9

10  **Question No. 5:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that

11  **Mr. Pierce** issuing Sanction No. 3 caused Mr. Entler actual damages?

12              **Answer to Question No. 5:**    Yes _____    No _____

13

14      * For this Sanction, the amount of damages is requested on a separate "Joint

15      and Several Liability Damages Special Verdict Form"

16

17

18  Please sign and date the completed verdict form.

19              DATED: _____ 9/25/19

20              PRESIDING JUROR: _____ 5

SPECIAL VERDICT FORM – PIERCE SANCTION NO. 3 ~ 3

1

2

3

4            UNITED STATES DISTRICT COURT

5            EASTERN DISTRICT OF WASHINGTON

6    JOHN THOMAS ENTLER,

7                    Plaintiff,
                                          CASE NO. 2:12-CV-5141-TOR
8        v.
                                          SPECIAL VERDICT FORM
9    LYNN/IRISH CLARK and GARY
     PIERCE,                              PIERCE SANCTION NO. 4
10                                        (5 Days Cell Confinement)
                    Defendants.
11

12

13   **Question No. 1:** Has **Mr. Entler** proved, by a preponderance of the evidence, that

14   **Mr. Pierce** issued Sanction No. 4 because of Mr. Entler's protected conduct?

15                    **Answer to Question No. 1:**    Yes _____    No ✕

16

17       If YES, proceed to the next question.  If NO, do not answer any remaining

18   questions and sign the verdict form.

19

20

SPECIAL VERDICT FORM – PIERCE SANCTION NO. 4 ~ 1

1    **Question No. 2:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that

2    **Mr. Pierce** issuing Sanction No. 4 would chill or silence a person of ordinary

3    firmness from future First Amendment activities?

4    **Answer to Question No. 2:**    Yes _____    No _____

5

6    If YES, proceed to the next question.  If NO, do not answer any remaining

7    questions and sign the verdict form.

8

9

10

11

12

13   **Question No. 3:**  Has **Mr. Pierce** proved, by a preponderance of the evidence, that

14   he would have issued Sanction No. 4 even if Mr. Entler did not engage in the

15   protected conduct?

16   **Answer to Question No. 3:**    Yes _____    No _____

17

18   If NO, proceed to the next question.  If YES, do not answer any remaining

19   questions and sign the verdict form.

20

SPECIAL VERDICT FORM – PIERCE SANCTION NO. 4 ~ 2

1  **Question No. 4:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that

2  **Mr. Pierce** issuing Sanction No. 4 did not reasonably advance a legitimate

3  correction goal?

4                    **Answer to Question No. 4:**    Yes _____    No _____

5

6       If YES, proceed to the next question.  If NO, do not answer any remaining

7       questions and sign the verdict form.

8

9

10  **Question No. 5:**  Has **Mr. Entler** proved, by a preponderance of the evidence, that

11  **Mr. Pierce** issuing Sanction No. 4 caused Mr. Entler actual damages?

12                    **Answer to Question No. 5:**    Yes _____    No _____

13

14       * For this Sanction, the amount of damages is requested on a separate "Joint

15       and Several Liability Damages Special Verdict Form"

16

17

18  Please sign and date the completed verdict form.

19                    DATED: _____9/25/19_____

20                    PRESIDING JUROR: _____5_____



SPECIAL VERDICT FORM – PIERCE SANCTION NO. 4 ~ 3

1

2

3

4                    UNITED STATES DISTRICT COURT

5                  EASTERN DISTRICT OF WASHINGTON

6    JOHN THOMAS ENTLER,

7                        Plaintiff,
                                              CASE NO. 2:12-CV-5141-TOR
8         v.
                                              SPECIAL VERDICT FORM
9    LYNN/IRISH CLARK and GARY
     PIERCE,                                  JOINT AND SEVERAL LIABILITY
10                                            DAMAGES
                        Defendants.
11

12

13   **Complete this form AFTER completing all other Special Verdict Forms**

14

15   **Question No. 1:** If you found **Mr. Clark** and/or **Mr. Pierce** are liable for actual

16   damages for **Sanction No. 2**, what sum of money do you find, based upon a

17   preponderance of the evidence, to be the total amount <u>for this sanction</u>?

18                      **Answer to Question No. 1:**    $ __0__

19

20        Proceed to the next question.



     SPECIAL VERDICT FORM – JOINT AND SEVERAL LIABILITY ~ 1

**Question No. 2:** If you found **Mr. Clark** and/or **Mr. Pierce** are liable for actual damages for **Sanction No. 3**, what sum of money do you find, based upon a preponderance of the evidence, to be the total amount <u>for this sanction</u>?

**Answer to Question No. 2:**   $ _0_

Proceed to the next question.

**Question No. 3:** If you found **Mr. Clark** and/or **Mr. Pierce** are liable for actual damages for **Sanction No. 4**, what sum of money do you find, based upon a preponderance of the evidence, to be the total amount <u>for this sanction</u>?

**Answer to Question No. 3:**   $ _0_

Please sign and date the verdict form upon completion.

DATED: ___9/25/19___

PRESIDING JUROR: ___5___

SPECIAL VERDICT FORM – JOINT AND SEVERAL LIABILITY ~ 2