# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JOHN THOMAS ENTLER,<br>*Plaintiff*<br>v.<br>STEPHEN SINCLAIR, RON KNIGHT<br>LYNN IRISH CLARK and GARY PIERCE,<br>*Defendant* | Civil Action No. 2:12-CV-5141-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Stephen Sinclair, Ron Knight, Lynn Irish Clark & Gary Pierce recover costs from the plaintiff John Thomas Entler.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Thomas O. Rice presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____

Date: September 26, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen